```
PATRICK L. FORTE, #80050
LAW OFFICES OF PATRICK L. FORTE
1624 Franklin Street, Suite 911
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtor
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No. 17-40501 CN** |
| **MUJIBULLAH SYED,** | **Chapter 13** |
| Debtor. | **STIPULATION RESOLVING OBJECTION TO CONFIRMATION AND MOTION TO VALUE PERSONAL PROPERTY** |

   IT IS HEREBY STIPULATED by and between Capital One Auto Finance (COAF) and Mujibullah Syed (Debtor), through their respective attorneys that COAF shall have a secured claim in the sum of $7,600.00 payable at five percent (5%) interest per annum. The balance of COAF's claim shall be treated as a general unsecured claim.

   IT IS FURTHER STIPULATED that COAF's opposition to the Motion to Value Personal Property and its Objection to Confirmation are hereby withdrawn.

Dated: April 18, 2017                Scheer Law Group

                                     /s/ Timothy J. Silverman
                                     By Timothy J. Silverman
                                     Attorney for Capital One Auto Finance


Dated: April 18, 2017                /s/ Patrick L. Forte
                                     PATRICK L. FORTE
                                     Attorney for Debtor