

1  PATRICK L. FORTE #80050
   LAW OFFICES OF PATRICK L. FORTE
2  1624 Franklin Street, Suite 911
   Oakland, CA 94612
3  Telephone: (510) 465-3328
   Facsimile: (510) 763-8354
4
5  Attorneys for Debtor

The following constitutes
the order of the court. Signed April 19, 2017

_____
Charles Novack
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:                                    Case No. 17-40501 CN

**MUJIBULLAH SYED,**                      Chapter 13

                                          **ORDER APPROVING STIPULATION
                                          RESOLVING OBJECTION TO
                Debtor.                   CONFIRMATION AND MOTION TO VALUE
_____/          PERSONAL PROPERTY**

   The parties having agreed to the terms set forth in the Stipulation Resolving Objection to Confirmation and Motion to Value Personal Property are bound by the terms of the Stipulation. The Stipulation Resolving Objection to Confirmation and Motion to Value Personal Property, filed on April 18, 2017, as docket number #25, is hereby approved and made an Order of the Court.

                        **END OF ORDER**

**COURT SERVICE LIST**

'No physical service required'